the title was unmarketable. The answer set up a counter-claim for specific performance.

*Frank E. Johnson* and *Abraham I. Stark* for appellant.
*George W. Matheson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

ANDREW C. STEGMAN, Respondent, *v.* NATIONAL BISCUIT COMPANY, Appellant.

*Contract — services — commissions — action to recover commissions for negotiating sale of flour.*

Stegman v. *National Biscuit Co.*, 211 App. Div. 854, affirmed.
(Argued April 9, 1925; decided May 5, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1925, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover commissions for negotiating and procuring the sale of 200,000 barrels of barley flour belonging to defendant pursuant to an alleged oral agreement alleged to have been made by plaintiff with defendant acting through one of its employees. The defense was that defendant's employee was not authorized to employ plaintiff to sell said flour; that he was not so employed, and that he was not the procuring cause of the sale.

*Eugene W. Leake, Charles A. Vilas* and *E. A. Craighill, Jr.*, for appellant.
*Gerald B. Rosenheim* and *Robert P. Levis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.